UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VERNON JONES,

                    Plaintiff,

  -against-

THE CITY OF NEW YORK, ET AL.,

                    Defendants.

------------------------------------------------------------X

08 CV 2758 (DAB)

<u>AFFIDAVIT OF SERVICE</u>

      STEVEN HOFFNER, ESQ., an attorney duly admitted to practice law in the State of New York, affirms under penalty of perjury as follows:

      On April 4, 2008, I served the Summons and Complaint in the above action on the defendant, N.Y.C. Police Officer Joshua Kiess, Shield # 01095, by hand-delivery of the summons and complaint at Police Headquarters, Legal Bureau, Rm. 1406, at 1 Police Plaza, New York, New York 10038 on attorney Evan Gluck.

      A copy of the Summons and Complaint was mailed to Officer Kiess at 1 Police Plaza, Legal Bureau, Rm. 1406, N.Y., N.Y. 10038 by regular mail with the words "PERSONAL AND CONFIDENTIAL" on the outside of the envelope .

Dated: New York, New York
       April 9, 2008

                                  AFFIRMED:    /S/
                                        STEVEN A. HOFFNER, Esq.
                                        Attorney for Plaintiff
                                        350 Broadway, Room 1105
                                        New York, New York 10013
                                        (212) 941-8330