**MEMO ENDORSED** 

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 Church St.<br>New York, NY 10007 | JOYCE CAMPBELL PRIVÉTERRE<br>*Special Federal Litigation Division*<br>(212) 788-1277<br>Fax: (212) 788-9776 |

June 6, 2008



**By Hand**
Honorable Deborah A. Batts
United States District Judge
United States Southern District
500 Pearl Street Room 2510
New York, NY 10007



Re:  Vernon Jones v. City of New York
     08 CV 02758 (DAB)

Your Honor:

    I am the attorney assigned to represent the City of New York in the above-referenced civil rights action. I write to respectfully request an enlargement of defendant's time to answer or otherwise respond to the complaint from June 9, 2008 to July 10, 2008. Plaintiff's counsel, Steven A. Hoffner consents to this request.

    Defendant respectfully request this enlargement as the undersigned will commence medical leave on June 9, 2008 and will not return to work until July 7, 2008. During this 30 day enlargement, defendant will continue its efforts to obtain the last known address of one of the defendants, retired officer Joshua Keiss.

    This is defendant's second request for an extension of its time to answer or otherwise respond to the complaint. On April 23, 2008, the Court granted defendant's first request for an enlargement from April 15, 2008 to June 9, 2008. Accordingly, we respectfully request that defendant's time to answer or otherwise respond to the complaint be extended to July 10, 2008.

    Thank you for your consideration of this request.

Respectfully submitted,

Joyce Campbell Privéterre (JCP 1846)
Assistant Corporation Counsel

**SO ORDERED**
Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
6/9/2008

*Granted /s/ DAB 6/9/08*

**MEMO ENDORSED**