MEMO ENDORSED



THE CITY OF NEW YORK
**LAW DEPARTMENT**

MICHAEL A. CARDOZO
*Corporation Counsel*

100 Church St.
New York, NY 10007

JOYCE CAMPBELL PRIVÉTERRE
*Special Federal Litigation Division*
(212) 788-1277
Fax (212) 788-9776

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2008

RECEIVED
JUL 15 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

July 14, 2008

**By Hand**
Honorable Deborah A. Batts
United States District Judge
United States Southern District
500 Pearl Street Room 2510
New York, NY 10007

> Re:  Vernon Jones v. City of New York
> 08 CV 02758 (DAB)

Your Honor:

I am the attorney assigned to represent the City of New York in the above-referenced civil rights action. I write to respectfully request an enlargement of defendant's time to answer or otherwise respond to the complaint from July 10, 2008 to July 16, 2008. Plaintiff's counsel, Steven A. Hoffner, consents to this request.

Defendant respectfully request this enlargement as the undersigned has recently returned from four weeks medical leave and is unable to comply with the current deadline. The undersigned apologizes to the Court, and to Mr. Hoffner, for the lateness of this request.

This is defendant's third request for an extension of its time to answer or otherwise respond to the complaint. On April 23, 2008, the Court granted defendant's first request for an enlargement from April 15, 2008 to June 9, 2008. On June 30, 2008, the Court granted defendants second request for an enlargement from June 9 to July 10, 2008.

Accordingly, we respectfully request that defendant's time to answer or otherwise respond to the complaint be extended to July 16, 2008.

Thank you for your consideration of this request.

Respectfully submitted,

Joyce Campbell Privéterre (JCP-1846)
Assistant Corporation Counsel

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE    7/15/2008

MEMO ENDORSED

Granted
SO ORD
7/15/2008

MEMO ENDORSED