USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/28/08

**MEMO ENDORSED**

# STEVEN A. HOFFNER
### ATTORNEY AT LAW

**350 Broadway, Suite 1105**  **tel: 212-941-8330**
**New York, New York 10013**  **fax: 212-941-8137**

August 25, 2008

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: <u>Jones v. City, et al.</u>
08 CV 2758 (DAB)

Your Honor:

I am Plaintiff's attorney on the above matter. On August 22, 2008, the City of New York provided me with the information as to how I should serve Officer Keiss, who resigned from the N.Y.P.D. on January 30, 2008.

Considering that the 120 time period for service has elapsed, I hereby request leave to serve Officer Keiss within 30 days of Your Honor So Ordering this request. Counsel for the City of New York has no objection to this request.

Thank you.

Respectfully,

Steven Hoffner, Esq.

*Granted
/s/ DAB
8/28/2008*

**MEMO ENDORSED**

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS  08/28/08
UNITED STATES DISTRICT JUDGE

cc:  Joyce Campbell-Privetere
     Assistant Corporation Counsel